|  |  |  |  |
|---|---|---|---|
|  |  | Invoice No.: | 2508526 |
|  |  | Tax ID    : | 59-1270754 |

Description of Expenses Billed:

Matter:   056587.010100    ABRAHAM D. GOSMAN, DEBTOR

| Date | Description | | Amount |
|---|---|---|---|
| 11/06/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ | 2.40 |
| 11/06/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-0;  Document Type: IMAGE2152-0 | $ | 2.40 |
| 11/06/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-1;  Document Type: IMAGE2152-1 | $ | 0.32 |
| 11/06/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-2;  Document Type: IMAGE2152-2 | $ | 0.32 |
| 11/06/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-3;  Document Type: IMAGE2152-3 | $ | 0.72 |
| 11/06/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-4;  Document Type: IMAGE2152-4 | $ | 0.16 |
| 11/06/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-5;  Document Type: IMAGE2152-5 | $ | 0.64 |
| 11/07/08 | VENDOR: Grossman, Scott M. INVOICE#: C051000355032080112 DATE: 11/12/2008<br>TYPE: Parking and Tolls; REASON: Client Billable-MIA-Bkcy-Shareholder; DATE: 11/07/08 - Tolls re attendance at Gosman bail hearing in West Palm Beach; MERCHANT: SunPass | $ | 5.60 |
| 11/07/08 | VENDOR: Grossman, Scott M. INVOICE#: C051000355032080112 DATE: 11/12/2008<br>TYPE: Parking and Tolls; REASON: Client Billable-MIA-Bkcy-Shareholder; DATE: 11/07/08 - Parking re attendance at Gosman Bail Hearing in West Palm Beach; MERCHANT: One Parking | $ | 5.00 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ | 2.40 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-6;  Document Type: IMAGE2152-6 | $ | 1.76 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ | 2.40 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-7;  Document Type: IMAGE2152-7 | $ | 1.92 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-8;  Document Type: IMAGE2152-8 | $ | 0.80 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-9;  Document Type: IMAGE2152-9 | $ | 0.56 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-10;  Document Type: IMAGE2152-10 | $ | 2.32 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-11;  Document Type: IMAGE2152-11 | $ | 2.40 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-12;  Document Type: IMAGE2152-12 | $ | 1.28 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-13;  Document Type: IMAGE2152-13 | $ | 0.88 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-14;  Document Type: IMAGE2152-14 | $ | 1.20 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT | $ | 1.60 |

|  |  | Invoice No. : | 2508526 |
|  |  | Tax ID : | 59-1270754 |

| Date | Description | | Amount |
|---|---|---|---|
| | 2152-15;  Document Type: IMAGE2152-15 | | |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-16;  Document Type: IMAGE2152-16 | $ | 1.60 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-6;  Document Type: IMAGE2152-6 | $ | 1.76 |
| 11/07/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-5;  Document Type: IMAGE2152-5 | $ | 0.64 |
| 11/07/08 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA  TYP;  Document Type: SEARCH | $ | 0.08 |
| 11/07/08 | Case Number: (None);   Search Criteria: FILED FROM: 11/6/2008  FILED TO: 11/7/20;  Document Type: CRIMINAL CASES REPORT | $ | 0.08 |
| 11/07/08 | VENDOR: Grossman, Scott M. INVOICE#: C051000355032080112 DATE: 11/12/2008<br>TYPE: Mileage; REASON: Client Billable-MIA-Bkcy-Shareholder;<br>DATE: 11/07/08 - Mileage 130 miles re attendance at Gosman Bail Hearing in West Palm Beach; MERCHANT: Personal Automobile | $ | 76.05 |
| 11/09/08 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA;  Document Type: SEARCH | $ | 0.08 |
| 11/09/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;  Document Type: DOCKET REPORT | $ | 0.08 |
| 11/09/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 1-0;  Document Type: IMAGE 1-0 | $ | 0.08 |
| 11/09/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 2-0;  Document Type: IMAGE 2-0 | $ | 0.08 |
| 11/09/08 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA;  Document Type: SEARCH | $ | 0.08 |
| 11/09/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;  Document Type: DOCKET REPORT | $ | 0.08 |
| 11/10/08 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA;  Document Type: SEARCH | $ | 0.08 |
| 11/10/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;  Document Type: DOCKET REPORT | $ | 0.08 |
| 11/10/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 3-0;  Document Type: IMAGE 3-0 | $ | 2.40 |
| 11/11/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;  Document Type: DOCKET REPORT | $ | 0.08 |
| 11/11/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 5-0;  Document Type: IMAGE 5-0 | $ | 0.32 |
| 11/11/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ | 2.40 |
| 11/11/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2249-0;  Document Type: IMAGE2249-0 | $ | 0.16 |
| 11/13/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;  Document Type: DOCKET REPORT | $ | 0.08 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;  Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;  Document Type: DOCKET REPORT | $ | 0.08 |
| 11/14/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 8-0;  Document Type: IMAGE 8-0 | $ | 0.08 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;  Document Type: DOCKET REPORT | $ | 2.40 |

|  |  | Invoice No. : | 2508526 |
|  |  | Tax ID      : | 59-1270754 |

| Date | Description | | Amount |
|---|---|---|---|
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;  Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2135-0;  Document Type: IMAGE2135-0 | $ | 1.20 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;  Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2143-0;  Document Type: IMAGE2143-0 | $ | 0.24 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;  Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2149-0;  Document Type: IMAGE2149-0 | $ | 0.16 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;  Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2159-0;  Document Type: IMAGE2159-0 | $ | 1.36 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;  Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2160-0;  Document Type: IMAGE2160-0 | $ | 2.40 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;  Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2161-0;  Document Type: IMAGE2161-0 | $ | 1.20 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;  Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2169-0;  Document Type: IMAGE2169-0 | $ | 1.76 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;  Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2173-0;  Document Type: IMAGE2173-0 | $ | 1.28 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;  Document Type: DOCKET REPORT | $ | 0.96 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2187-0;  Document Type: IMAGE2187-0 | $ | 0.32 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 8/1;  Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2196-0;  Document Type: IMAGE2196-0 | $ | 1.92 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 8/1;  Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2203-0;  Document Type: IMAGE2203-0 | $ | 2.40 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 11/;  Document Type: DOCKET REPORT | $ | 0.56 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2204-0;  Document Type: IMAGE2204-0 | $ | 1.84 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 11/;  Document Type: DOCKET REPORT | $ | 0.56 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2209-0;  Document Type: IMAGE2209-0 | $ | 0.80 |

|  |  | Invoice No.: | 2508526 |
|---|---|---|---|
|  |  | Tax ID    : | 59-1270754 |

| Date | Description | | Amount |
|---|---|---|---|
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 11/;   Document Type: DOCKET REPORT | $ | 0.56 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2246-0;   Document Type: IMAGE2246-0 | $ | 0.32 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;   Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2215-0;   Document Type: IMAGE2215-0 | $ | 0.96 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2267-0;   Document Type: IMAGE2267-0 | $ | 0.80 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;   Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;   Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2210-0;   Document Type: IMAGE2210-0 | $ | 0.32 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2224-0;   Document Type: IMAGE2224-0 | $ | 0.40 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2225-0;   Document Type: IMAGE2225-0 | $ | 1.60 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2248-0;   Document Type: IMAGE2248-0 | $ | 1.60 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/1;   Document Type: DOCKET REPORT | $ | 0.88 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2112-0;   Document Type: IMAGE2112-0 | $ | 0.16 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2217-0;   Document Type: IMAGE2217-0 | $ | 0.16 |
| 11/14/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2231-0;   Document Type: IMAGE2231-0 | $ | 2.40 |
| 11/18/08 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA;   Document Type: SEARCH | $ | 0.08 |
| 11/18/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;   Document Type: DOCKET REPORT | $ | 0.24 |
| 11/18/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 13-0;   Document Type: IMAGE 13-0 | $ | 0.48 |
| 11/18/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 14-0;   Document Type: IMAGE 14-0 | $ | 0.24 |
| 11/18/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 11-0;   Document Type: IMAGE 11-0 | $ | 0.08 |
| 11/20/08 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA MIDD;   Document Type: SEARCH | $ | 0.08 |
| 11/20/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;   Document Type: DOCKET REPORT | $ | 0.24 |
| 11/20/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 17-0;   Document Type: IMAGE 17-0 | $ | 0.56 |
| 11/20/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 16-0;   Document Type: IMAGE 16-0 | $ | 0.16 |
| 11/21/08 | VENDOR: FedEx INVOICE#: 899385184 DATE: 11/26/2008 Tracking #797131309320; From: C. A. Bruno, Greenberg Traurig, 401 East Las Olas Boulevard, Fort Lauderdale, FL 33301;   To: Chris Wright, Indiana Department Of Revenue, 100 N Senate Ave, Indianapolis, IN | $ | 6.43 |

|  |  | Invoice No.: | 2508526 |
|---|---|---|---|
|  |  | Tax ID : | 59-1270754 |

| Date | Description | | Amount |
|---|---|---|---|
|  | 46206 | | |
| 11/21/08 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA MIDD;   Document Type: SEARCH | $ | 0.08 |
| 11/21/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;   Document Type: DOCKET REPORT | $ | 0.24 |
| 11/21/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 20-0;   Document Type: IMAGE 20-0 | $ | 0.08 |
| 11/24/08 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA MIDD;   Document Type: SEARCH | $ | 0.08 |
| 11/24/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;   Document Type: DOCKET REPORT | $ | 0.24 |
| 11/24/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 2.40 |
| 11/24/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-1;   Document Type: IMAGE2152-1 | $ | 0.32 |
| 11/24/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 2.40 |
| 11/24/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2278-0;   Document Type: IMAGE2278-0 | $ | 1.28 |
| 11/24/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 2.40 |
| 11/25/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2282-0;   Document Type: IMAGE2282-0 | $ | 0.16 |
| 11/25/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 2.40 |
| 11/25/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2281-0;   Document Type: IMAGE2281-0 | $ | 0.56 |
| 11/25/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 2.40 |
| 11/25/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2282-0;   Document Type: IMAGE2282-0 | $ | 0.16 |
| 11/25/08 | Copy; 2 Page(s) by 005812 | $ | 0.30 |
| 11/25/08 | Copy; 100 Page(s) by 000001 | $ | 15.00 |
| 11/25/08 | Postage by 000001 | $ | 20.58 |
| 11/26/08 | VENDOR: EXEC2000 Courier Systems INVOICE#: I64363 DATE: 11/28/2008<br>Messenger Service on 11/26/08 from Greenberg Traurig to Us Trustee'S Office         - Luis Salazar       056587.010100 LX | $ | 5.00 |
| 11/26/08 | Copy; 528 Page(s) by 000001 | $ | 79.20 |
| 11/26/08 | Copy; 1439 Page(s) by 000001 | $ | 215.85 |
| 11/26/08 | Postage by 000001 | $ | 12.16 |
| 11/26/08 | Telephone; 2134524900 from Ext. 7743  LOSANGELES CA | $ | 0.32 |
| 11/27/08 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA MIDD;   Document Type: SEARCH | $ | 0.08 |
| 11/27/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;   Document Type: DOCKET REPORT | $ | 0.24 |
| 11/27/08 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 22-0;   Document Type: IMAGE 22-0 | $ | 0.08 |
| 12/02/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 2.40 |
| 12/02/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2185-0;   Document Type: IMAGE2185-0 | $ | 0.24 |

Invoice No.: 2508526
Tax ID     : 59-1270754

| Date | Description | Amount |
|---|---|---|
| 12/02/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ 2.40 |
| 12/02/08 | Case Number: (None);   Search Criteria: 91-14561-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ 2.40 |
| 12/02/08 | Case Number: (None);   Search Criteria: 91-14561-PGH DOCUMENT 4805-0;  Document Type: IMAGE4805-0 | $ 0.56 |
| 12/02/08 | Case Number: (None);   Search Criteria: 91-14561-PGH DOCUMENT 5057-0;  Document Type: IMAGE5057-0 | $ 2.32 |
| 12/04/08 | Copy; 137 Page(s) by 000001 | $ 20.55 |
| 12/04/08 | Copy; 145 Page(s) by 000001 | $ 21.75 |
| 12/09/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2254-0;  Document Type: IMAGE2254-0 | $ 2.40 |
| 12/09/08 | Copy; 3 Page(s) by 025428 | $ 0.45 |
| 12/10/08 | Telephone; 13053742717 from Ext. 3112  MIAMI FL | $ 1.44 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ 2.40 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO DOCUMENT 2245-0;  Document Type: IMAGE2245-0 | $ 0.24 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO DOCUMENT 2170-0;  Document Type: IMAGE2170-0 | $ 0.72 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO DOCUMENT 2170-1;  Document Type: IMAGE2170-1 | $ 0.16 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO DOCUMENT 2170-2;  Document Type: IMAGE2170-2 | $ 0.24 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO DOCUMENT 2170-3;  Document Type: IMAGE2170-3 | $ 0.56 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO DOCUMENT 2170-4;  Document Type: IMAGE2170-4 | $ 1.52 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO DOCUMENT 2170-5;  Document Type: IMAGE2170-5 | $ 0.32 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO DOCUMENT 2170-6;  Document Type: IMAGE2170-6 | $ 0.40 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO DOCUMENT 2170-7;  Document Type: IMAGE2170-7 | $ 1.60 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO DOCUMENT 2170-8;  Document Type: IMAGE2170-8 | $ 0.24 |
| 12/11/08 | Case Number: (None);   Search Criteria: 08-10928-JKO DOCUMENT 2170-9;  Document Type: IMAGE2170-9 | $ 1.44 |
| 12/11/08 | Case Number: (None);   Search Criteria: 91-14561-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ 2.40 |
| 12/11/08 | Case Number: (None);   Search Criteria: 91-14561-PGH DOCUMENT 4931-0;  Document Type: IMAGE4931-0 | $ 0.24 |
| 12/11/08 | Case Number: (None);   Search Criteria: LNAME: REAL ESTATE ENGINEERING, INC.;  Document Type: SEARCH | $ 0.08 |
| 12/11/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ 2.40 |
| 12/11/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2198-0;  Document Type: IMAGE2198-0 | $ 0.48 |
| 12/11/08 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2189-0;  Document Type: IMAGE2189-0 | $ 0.16 |
| 12/11/08 | Case Number: (None);   Search Criteria: 91-14561-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ 2.40 |

|          |                                                                                                                                    |    |        |
|----------|------------------------------------------------------------------------------------------------------------------------------------|----|-------:|
|          | Invoice No.: 2508526                                                                                                               |    |        |
|          | Tax ID    :  59-1270754                                                                                                            |    |        |
| 12/11/08 | Case Number: (None);   Search Criteria: 91-14561-PGH DOCUMENT 5443-0;  Document Type: IMAGE5443-0                                   | $  |   0.16 |
| 12/11/08 | Copy; 2 Page(s) by 025428                                                                                                          | $  |   0.30 |
| 12/15/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT                    | $  |   2.40 |
| 12/15/08 | Case Number: (None);   Search Criteria: 02-03155-SHF FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT                    | $  |   2.40 |
| 12/15/08 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT                    | $  |   2.40 |
| 12/19/08 | Copy; 300 Page(s) by 000001                                                                                                        | $  |  45.00 |
| 12/19/08 | Postage by 000001                                                                                                                  | $  |  61.00 |
| 12/19/08 | Telephone; 12155677125 from Ext. 8243  PHILA PA                                                                                    | $  |   0.64 |
| 01/06/09 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA  TYP;  Document Type: SEARCH                           | $  |   0.08 |
| 01/06/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;  Document Type: DOCKET REPORT                                           | $  |   0.40 |
| 01/06/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 35-0;  Document Type: IMAGE 35-0                                | $  |   0.16 |
| 01/06/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 36-0;  Document Type: IMAGE 36-0                                | $  |   0.08 |
| 01/29/09 | Telephone; 12126264966 from Ext. 0583  NEW YORK NY                                                                                 | $  |   0.09 |
| 02/06/09 | Telephone; 15184572961 from Ext. 1796  ALBANY NY                                                                                   | $  |   0.22 |
| 02/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;  Document Type: SHOW_CASE_DOC2222-0                                          | $  |   0.56 |
| 02/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT                    | $  |   2.40 |
| 02/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2007-0;  Document Type: IMAGE2007-0                                  | $  |   0.56 |
| 02/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH GROUP: SG1; Document Type: CREDITOR MAILING MATRIX                            | $  |   0.88 |
| 02/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH GROUP: ALL; Document Type: CREDITOR MAILING MATRIX                            | $  |   0.88 |
| 02/20/09 | Copy; 490 Page(s) by 000001                                                                                                        | $  |  73.50 |
| 02/20/09 | Postage by 000001                                                                                                                  | $  |  93.80 |
| 02/24/09 | Lexis Charges: 02/24/09 LEXIS LEGAL SERVICES Requested by BINHAK  STEPHEN Ref: 056587.010100                                       | $  |  70.46 |
| 02/24/09 | Lexis Charges: 02/24/09 LEXIS LEGAL SERVICES Requested by BINHAK  STEPHEN Ref: 056587.010100                                       | $  |  56.25 |
| 02/24/09 | Lexis Charges: 02/24/09 LEXIS LEGAL SERVICES Requested by BINHAK  STEPHEN Ref: 056587.010100                                       | $  | 437.16 |
| 02/24/09 | Lexis Charges: 02/24/09 SHEPARD'S SERVICE Requested by BINHAK STEPHEN Ref: 056587.010100                                           | $  |   0.02 |
| 02/24/09 | Lexis Charges: 02/24/09 SHEPARD'S SERVICE Requested by BINHAK STEPHEN Ref: 056587.010100                                           | $  |   0.37 |
| 02/24/09 | Lexis Charges: 02/24/09 LEXIS LEGAL SERVICES Requested by BINHAK  STEPHEN Ref: 056587.010100                                       | $  |   5.44 |
| 02/24/09 | Telephone; 12155677125 from Ext. 0537  PHILA PA                                                                                    | $  |   0.15 |
| 03/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 8/6;  Document Type: DOCKET REPORT                    | $  |   0.16 |
| 03/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2268-0;  Document Type: IMAGE2268-0                                  | $  |   0.24 |
| 03/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT:                                                                   | $  |   0.24 |

|  |  | Invoice No.: | 2508526 |
|---|---|---|---|
|  |  | Tax ID   : | 59-1270754 |

| Date | Description | | Amount |
|---|---|---|---|
|  | FILED FROM: 8/6;  Document Type: DOCKET REPORT | | |
| 03/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2273-0;  Document Type: IMAGE2273-0 | $ | 0.56 |
| 03/02/09 | Copy; 472 Page(s) by 000001 | $ | 70.80 |
| 03/02/09 | Postage by 000001 | $ | 58.00 |
| 03/02/09 | Telephone; 12155677125 from Ext. 0583  PHILA PA | $ | 0.03 |
| 03/03/09 | VENDOR: EXEC2000 Courier Systems INVOICE#: I67925 DATE: 3/6/2009<br>Messenger Service on 3/3/09 from Greenberg Traurig to Usbc - Luis Salazer     056585.010100 LX | $ | 44.00 |
| 03/06/09 | Telephone; 15184572961 from Ext. 1796  ALBANY NY | $ | 0.51 |
| 03/10/09 | Telephone; 12155677125 from Ext. 0537  PHILA PA | $ | 0.39 |
| 03/20/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ | 2.40 |
| 03/20/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1691-0;  Document Type: IMAGE1691-0 | $ | 2.40 |
| 03/20/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1781-0;  Document Type: IMAGE1781-0 | $ | 1.60 |
| 03/20/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1789-0;  Document Type: IMAGE1789-0 | $ | 1.84 |
| 03/20/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1790-0;  Document Type: IMAGE1790-0 | $ | 1.68 |
| 03/20/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1806-0;  Document Type: IMAGE1806-0 | $ | 0.96 |
| 03/20/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1806-1;  Document Type: IMAGE1806-1 | $ | 0.48 |
| 03/20/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1806-2;  Document Type: IMAGE1806-2 | $ | 2.40 |
| 03/20/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1806-3;  Document Type: IMAGE1806-3 | $ | 2.40 |
| 03/20/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1806-4;  Document Type: IMAGE1806-4 | $ | 0.32 |
| 03/20/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1826-0;  Document Type: IMAGE1826-0 | $ | 0.48 |
| 03/26/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 11/;  Document Type: DOCKET REPORT | $ | 0.64 |
| 03/26/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2216-0;  Document Type: IMAGE2216-0 | $ | 1.68 |
| 03/26/09 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA;  Document Type: SEARCH | $ | 0.08 |
| 03/26/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;  Document Type: DOCKET REPORT | $ | 0.48 |
| 03/26/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 53-0;  Document Type: IMAGE 53-0 | $ | 0.08 |
| 03/26/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 48-0;  Document Type: IMAGE 48-0 | $ | 0.24 |
| 03/26/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 48-1;  Document Type: IMAGE 48-1 | $ | 0.08 |
| 03/26/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 50-0;  Document Type: IMAGE 50-0 | $ | 0.08 |
| 03/26/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 51-0;  Document Type: IMAGE 51-0 | $ | 0.32 |

|          |                                                                                                                                    |    |          |
|----------|------------------------------------------------------------------------------------------------------------------------------------|----|---------:|
|          |                                                                                           Invoice No. : | 2508526 |
|          |                                                                                           Tax ID      : | 59-1270754 |

| Date | Description | | Amount |
|---|---|---|---:|
| 03/26/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 52-0;  Document Type: IMAGE 52-0 | $ | 0.08 |
| 03/26/09 | Copy; 8000 Page(s) by 000001 | $ | 1,200.00 |
| 03/26/09 | Postage by 000001 | $ | 372.06 |
| 03/30/09 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LIN;  Document Type: SEARCH | $ | 0.08 |
| 03/30/09 | Case Number: (None);   Search Criteria: 9:09-CR-80041-KAM;  Document Type: DOCKET REPORT | $ | 0.08 |
| 03/30/09 | Case Number: (None);   Search Criteria: 9:09-CR-80041-KAM DOCUMENT 1-0;  Document Type: IMAGE 1-0 | $ | 0.40 |
| 03/30/09 | Case Number: (None);   Search Criteria: 9:09-CR-80041-KAM DOCUMENT 2-0;  Document Type: IMAGE 2-0 | $ | 0.32 |
| 03/30/09 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LIN;  Document Type: SEARCH | $ | 0.08 |
| 03/30/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;  Document Type: DOCKET REPORT | $ | 0.48 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH FIL OR ENT: FILED  DOC FRO;  Document Type: DOCKET REPORT | $ | 0.40 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH DOCUMENT 1-0;  Document Type: IMAGE1-0 | $ | 2.08 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH;  Document Type: IMAGE11-0 | $ | 0.32 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH;  Document Type: IMAGE11-1 | $ | 0.16 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH DOCUMENT 20-0;  Document Type: IMAGE20-0 | $ | 1.28 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH;  Document Type: IMAGE24-0 | $ | 0.72 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH;  Document Type: IMAGE24-1 | $ | 2.40 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH;  Document Type: IMAGE24-2 | $ | 0.16 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH;  Document Type: IMAGE26-0 | $ | 0.16 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH;  Document Type: IMAGE26-1 | $ | 2.40 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH DOCUMENT 29-0;  Document Type: IMAGE29-0 | $ | 1.28 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH DOCUMENT 39-0;  Document Type: IMAGE39-0 | $ | 1.28 |
| 04/01/09 | Case Number: (None);   Search Criteria: 08-26681-PGH DOCUMENT 57-0;  Document Type: IMAGE57-0 | $ | 1.28 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED  DOC FRO;  Document Type: DOCKET REPORT | $ | 2.40 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-0;  Document Type: IMAGE2279-0 | $ | 1.76 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-1;  Document Type: IMAGE2279-1 | $ | 0.32 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-2;  Document Type: IMAGE2279-2 | $ | 0.32 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-3;  Document Type: IMAGE2279-3 | $ | 0.48 |

|  |  | Invoice No.: | 2508526 |
|---|---|---|---|
|  |  | Tax ID     : | 59-1270754 |

| Date | Description | | Amount |
|---|---|---|---|
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-4;  Document Type: IMAGE2279-4 | $ | 0.16 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-5;  Document Type: IMAGE2279-5 | $ | 2.40 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-6;  Document Type: IMAGE2279-6 | $ | 2.40 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ | 2.40 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-0;  Document Type: IMAGE2279-0 | $ | 1.76 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-1;  Document Type: IMAGE2279-1 | $ | 0.32 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-2;  Document Type: IMAGE2279-2 | $ | 0.32 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-3;  Document Type: IMAGE2279-3 | $ | 0.48 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-4;  Document Type: IMAGE2279-4 | $ | 0.16 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-5;  Document Type: IMAGE2279-5 | $ | 2.40 |
| 04/02/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2279-6;  Document Type: IMAGE2279-6 | $ | 2.40 |
| 04/03/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 2/1;  Document Type: DOCKET REPORT | $ | 0.16 |
| 04/03/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2291-0;  Document Type: IMAGE2291-0 | $ | 0.56 |
| 04/03/09 | Case Number: (None);   Search Criteria: 08-19141-JKO      FILED OR ENTERED FROM:;  Document Type: CLAIMS REGISTER | $ | 0.16 |
| 04/03/09 | Case Number: (None);   Search Criteria: 08-19614-LMI      FILED OR ENTERED FROM:;  Document Type: CLAIMS REGISTER | $ | 0.08 |
| 04/06/09 | Case Number: (None);   Search Criteria: LAST NAME: GOSMAN FIRST NAME: LINDA;  Document Type: SEARCH | $ | 0.08 |
| 04/06/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;  Document Type: DOCKET REPORT | $ | 0.48 |
| 04/06/09 | Case Number: (None);   Search Criteria: 9:09-CR-80041-KLR;  Document Type: DOCKET REPORT | $ | 0.08 |
| 04/07/09 | Copy; 209 Page(s) by 000001 | $ | 31.35 |
| 04/07/09 | Telephone; 12123286136 from Ext. 0537  NEW YORK NY | $ | 1.43 |
| 04/08/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ | 2.40 |
| 04/08/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1929-0;  Document Type: IMAGE1929-0 | $ | 1.52 |
| 04/08/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;  Document Type: IMAGE1954-0 | $ | 1.36 |
| 04/08/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;  Document Type: IMAGE1954-1 | $ | 0.16 |
| 04/08/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;  Document Type: IMAGE1954-2 | $ | 0.08 |
| 04/08/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;  Document Type: IMAGE1954-3 | $ | 0.24 |
| 04/08/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;  Document Type: IMAGE1954-4 | $ | 0.08 |

|  |  | Invoice No. : | 2508526 |
|---|---|---|---|
|  |  | Tax ID      : | 59-1270754 |

| Date | Description | | Amount |
|---|---|---|---|
| 04/08/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;   Document Type: IMAGE1954-5 | $ | 2.40 |
| 04/08/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2183-0;   Document Type: IMAGE2183-0 | $ | 1.44 |
| 04/08/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2172-0;   Document Type: IMAGE2172-0 | $ | 2.40 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 2.40 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;   Document Type: IMAGE2280-0 | $ | 1.76 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;   Document Type: IMAGE2280-1 | $ | 2.40 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;   Document Type: IMAGE2280-2 | $ | 1.36 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2153-0;   Document Type: IMAGE2153-0 | $ | 1.76 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2153-1;   Document Type: IMAGE2153-1 | $ | 0.24 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2153-2;   Document Type: IMAGE2153-2 | $ | 0.08 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2153-3;   Document Type: IMAGE2153-3 | $ | 0.16 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2153-4;   Document Type: IMAGE2153-4 | $ | 0.24 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2153-5;   Document Type: IMAGE2153-5 | $ | 2.40 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2153-6;   Document Type: IMAGE2153-6 | $ | 2.40 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2153-7;   Document Type: IMAGE2153-7 | $ | 1.12 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2153-8;   Document Type: IMAGE2153-8 | $ | 0.40 |
| 04/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 2.40 |
| 04/09/09 | Case Number: (None);   Search Criteria: 08-13422-MFW DOCUMENT 67-0;   Document Type: IMAGE67-0 | $ | 0.24 |
| 04/09/09 | Case Number: (None);   Search Criteria: 08-13422-MFW DOCUMENT 68-0;   Document Type: IMAGE68-0 | $ | 0.56 |
| 04/09/09 | Copy; 10 Page(s) by 005812 | $ | 1.50 |
| 04/09/09 | Copy; 103 Page(s) by 000001 | $ | 15.45 |
| 04/09/09 | Copy; 407 Page(s) by 000001 | $ | 61.05 |
| 04/13/09 | Copy; 112 Page(s) by 025428 | $ | 16.80 |
| 04/14/09 | Copy; 16 Page(s) by 025428 | $ | 2.40 |
| 04/14/09 | Copy; 186 Page(s) by 025428 | $ | 27.90 |
| 04/30/09 | Copy; 1 Page(s) by 025428 | $ | 0.15 |
| 05/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 1.92 |
| 05/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2160-0;   Document Type: IMAGE2160-0 | $ | 2.40 |
| 05/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;   Document Type: IMAGE2025-0 | $ | 0.24 |
| 05/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;   Document Type: | $ | 0.40 |

Invoice No. : 2508526
Tax ID : 59-1270754

| Date | Description | | Amount |
|---|---|---|---:|
| | IMAGE2025-1 | | |
| 05/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2009-0;  Document Type: IMAGE2009-0 | $ | 1.20 |
| 05/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 7/1;  Document Type: DOCKET REPORT | $ | 2.40 |
| 05/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1860-0;  Document Type: IMAGE1860-0 | $ | 1.92 |
| 05/26/09 | Copy; 23 Page(s) by 025428 | $ | 3.45 |
| 06/02/09 | Copy; 4408 Page(s) by 000001 | $ | 661.20 |
| 06/02/09 | Postage by 000001 | $ | 283.04 |
| 06/05/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED  DOC FRO;  Document Type: DOCKET REPORT | $ | 2.40 |
| 06/05/09 | Case Number: (None);   Search Criteria: 03-03047-SHF FIL OR ENT: FILED  DOC FRO;  Document Type: DOCKET REPORT | $ | 0.64 |
| 06/05/09 | Case Number: (None);   Search Criteria: 03-03047-SHF DOCUMENT 116-0;  Document Type: IMAGE116-0 | $ | 0.72 |
| 06/11/09 | Copy; 2 Page(s) by 005712 | $ | 0.30 |
| 06/11/09 | Postage by 000001 | $ | 5.50 |
| 06/23/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 8/1;  Document Type: DOCKET REPORT | $ | 0.64 |
| 06/23/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1790-0;  Document Type: IMAGE1790-0 | $ | 1.68 |
| 06/23/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1825-0;  Document Type: IMAGE1825-0 | $ | 0.40 |
| 06/23/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1860-0;  Document Type: IMAGE1860-0 | $ | 1.92 |
| 06/23/09 | Westlaw Research by SILVERMAN,STEFANIE. | $ | 107.93 |
| 06/24/09 | Lexis Charges: 06/24/09 COLLIER SERVICE Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 11.24 |
| 06/24/09 | Lexis Charges: 06/24/09 LEXIS LEGAL SERVICES Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 91.26 |
| 06/24/09 | Lexis Charges: 06/24/09 LEXIS LEGAL SERVICES Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 12.67 |
| 06/24/09 | Lexis Charges: 06/24/09 LEXIS LEGAL SERVICES Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 46.88 |
| 06/24/09 | Lexis Charges: 06/24/09 LEXIS LEGAL SERVICES Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 36.08 |
| 06/24/09 | Lexis Charges: 06/24/09 SHEPARD'S SERVICE Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 72.46 |
| 06/24/09 | Lexis Charges: 06/24/09 SHEPARD'S SERVICE Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 4.05 |
| 06/24/09 | Lexis Charges: 06/24/09 INFORMATION & TRAINING SERVICE Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 21.76 |
| 06/24/09 | Westlaw Research by SILVERMAN,STEFANIE. | $ | 149.00 |
| 06/26/09 | Copy; 524 Page(s) by 000001 | $ | 78.60 |
| 06/26/09 | Postage by 000001 | $ | 102.08 |
| 06/29/09 | Westlaw Research by SILVERMAN,STEFANIE. | $ | 5.00 |
| 06/30/09 | Lexis Charges: 06/30/09 LEXIS LEGAL SERVICES Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 15.39 |
| 06/30/09 | Lexis Charges: 06/30/09 LEXIS LEGAL SERVICES Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 112.50 |
| 06/30/09 | Lexis Charges: 06/30/09 SHEPARD'S SERVICE Requested by | $ | 0.01 |

|  |  | Invoice No. : | 2508526 |
|---|---|---|---|
|  |  | Tax ID   : | 59-1270754 |

| Date | Description | | Amount |
|---|---|---|---|
|  | SILVERMAN  STEFANIE Ref: 056587.010100 | | |
| 06/30/09 | Lexis Charges: 06/30/09 SHEPARD'S SERVICE Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 16.02 |
| 06/30/09 | Lexis Charges: 06/30/09 LEXIS LEGAL SERVICES Requested by SILVERMAN  STEFANIE Ref: 056587.010100 | $ | 16.32 |
| 06/30/09 | Westlaw Research by SILVERMAN,STEFANIE. | $ | 94.10 |
| 07/08/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ | 2.40 |
| 07/08/09 | Telephone; 12124305400 from Ext. 0537  NEW YORK NY | $ | 1.28 |
| 07/09/09 | VENDOR: EXEC2000 Courier Systems INVOICE#: I72404 DATE: 7/10/2009 Messenger Service on 7/9/09 from Greenberg Traurig to Courthouse - Monica Chaplin  056587.010100 MC | $ | 320.40 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1928-0;  Document Type: IMAGE1928-0 | $ | 2.40 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1928-1;  Document Type: IMAGE1928-1 | $ | 1.76 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1928-2;  Document Type: IMAGE1928-2 | $ | 2.40 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1928-3;  Document Type: IMAGE1928-3 | $ | 2.40 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1928-4;  Document Type: IMAGE1928-4 | $ | 2.40 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1928-5;  Document Type: IMAGE1928-5 | $ | 2.40 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1928-6;  Document Type: IMAGE1928-6 | $ | 2.40 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-0;  Document Type: IMAGE2152-0 | $ | 2.40 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-1;  Document Type: IMAGE2152-1 | $ | 0.32 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-10;  Document Type: IMAGE2152-10 | $ | 2.32 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-11;  Document Type: IMAGE2152-11 | $ | 2.40 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-12;  Document Type: IMAGE2152-12 | $ | 1.28 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-13;  Document Type: IMAGE2152-13 | $ | 0.88 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-14;  Document Type: IMAGE2152-14 | $ | 1.20 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-15;  Document Type: IMAGE2152-15 | $ | 1.60 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-16;  Document Type: IMAGE2152-16 | $ | 1.60 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-2;  Document Type: IMAGE2152-2 | $ | 0.32 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-3;  Document Type: IMAGE2152-3 | $ | 0.72 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-4;  Document Type: IMAGE2152-4 | $ | 0.16 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT | $ | 0.64 |

|  |  | Invoice No.: | 2508526 |
|  |  | Tax ID    : | 59-1270754 |

| Date | Description | | Amount |
|---|---|---|---|
| | 2152-5;  Document Type: IMAGE2152-5 | | |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-6;  Document Type: IMAGE2152-6 | $ | 1.76 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-7;  Document Type: IMAGE2152-7 | $ | 1.92 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-8;  Document Type: IMAGE2152-8 | $ | 0.80 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2152-9;  Document Type: IMAGE2152-9 | $ | 0.56 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;  Document Type: DOCKET REPORT | $ | 2.40 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 10/;  Document Type: DOCKET REPORT | $ | 0.64 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 10/;  Document Type: DOCKET REPORT | $ | 0.08 |
| 07/09/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 10/;  Document Type: DOCKET REPORT | $ | 0.64 |
| 07/09/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR;  Document Type: DOCKET REPORT | $ | 0.56 |
| 07/09/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 58-0;  Document Type: IMAGE 58-0 | $ | 1.28 |
| 07/09/09 | Case Number: (None);   Search Criteria: 9:08-CR-80134-KLR DOCUMENT 60-0;  Document Type: IMAGE 60-0 | $ | 0.08 |
| 07/09/09 | Copy; 55 Page(s) by 005712 | $ | 8.25 |
| 07/09/09 | Copy; 380 Page(s) by 035233 | $ | 57.00 |
| 07/09/09 | Copy; 117 Page(s) by 035233 | $ | 17.55 |
| 07/09/09 | Copy; 6892 Page(s) by 000001 | $ | 1,033.80 |
| 07/09/09 | Copy; 2788 Page(s) by 000001 | $ | 418.20 |
| 07/09/09 |  Westlaw Research by CHAPLIN,MONICA. | $ | 92.75 |
| 07/10/09 | VENDOR: Grossman, Scott M. INVOICE#: C051000355032090130 DATE: 7/16/2009 TYPE: Parking and Tolls; REASON: Client Billable-MIA-Bkcy-Shareholder; DATE: 07/10/09 - Parking at Bankruptcy Court in West Palm Beach for Gosman sentencing/restitution hearing; MERCHANT: One Parking | $ | 7.00 |
| 07/10/09 | VENDOR: Grossman, Scott M. INVOICE#: C051000355032090130 DATE: 7/16/2009 TYPE: Mileage; REASON: Client Billable-MIA-Bkcy-Shareholder; DATE: 07/10/09 - Attendance at Gosman sentencing/restitution hearing in West Palm Beach; MERCHANT: Mileage | $ | 71.50 |
| 07/12/09 | VENDOR: Soundpath INVOICE#: GT071209 DATE: 7/12/2009 Conferencing Services Invoice Date 090708 User MDB Client Code 056587 Matter Code 010100 | $ | 0.31 |
| 07/15/09 | Telephone; 12155677125 from Ext. 0537  PHILA PA | $ | 0.26 |
| 07/16/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2072-0;  Document Type: IMAGE2072-0 | $ | 0.40 |
| 07/16/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2095-0;  Document Type: IMAGE2095-0 | $ | 0.24 |
| 07/16/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2301-0;  Document Type: IMAGE2301-0 | $ | 0.56 |
| 07/16/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2301-1;  Document Type: IMAGE2301-1 | $ | 2.40 |

|  |  | Invoice No. : | 2508526 |
|  |  | Tax ID      : | 59-1270754 |

| Date | Description | | Amount |
|---|---|---|---|
| 07/16/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2301-2;   Document Type: IMAGE2301-2 | $ | 2.40 |
| 07/16/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 2.40 |
| 07/16/09 | Case Number: (None);   Search Criteria: 09-22583-JKO    FILED OR ENTERED FROM:;   Document Type: CLAIMS REGISTER | $ | 0.08 |
| 07/16/09 | Case Number: (None);   Search Criteria: 09-22583-JKO FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 0.16 |
| 07/16/09 | Copy; 864 Page(s) by 000001 | $ | 129.60 |
| 07/16/09 | Postage by 000001 | $ | 48.30 |
| 07/16/09 | Postage by 000001 | $ | 8.28 |
| 07/28/09 | Supplies Charges - 7/9/2009 | $ | 104.00 |
| 07/30/09 | Telephone; 12155677125 from Ext. 0537  PHILA PA | $ | 0.08 |
| 08/12/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 6/2;   Document Type: DOCKET REPORT | $ | 0.48 |
| 08/13/09 | Copy; 552 Page(s) by 000001 | $ | 82.80 |
| 08/13/09 | Postage by 000003 | $ | 56.12 |
| 08/19/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;   Document Type: SHOW_CASE_DOC2151-0 | $ | 0.16 |
| 09/01/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 2.40 |
| 09/01/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2141-0;   Document Type: IMAGE2141-0 | $ | 0.56 |
| 09/01/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2168-0;   Document Type: IMAGE2168-0 | $ | 1.36 |
| 09/01/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2169-0;   Document Type: IMAGE2169-0 | $ | 1.76 |
| 09/01/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2187-0;   Document Type: IMAGE2187-0 | $ | 0.32 |
| 09/01/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2191-0;   Document Type: IMAGE2191-0 | $ | 0.72 |
| 09/01/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2173-0;   Document Type: IMAGE2173-0 | $ | 1.28 |
| 09/01/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2198-0;   Document Type: IMAGE2198-0 | $ | 0.48 |
| 09/01/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2297-0;   Document Type: IMAGE2297-0 | $ | 1.52 |
| 09/01/09 | Copy; 897 Page(s) by 000001 | $ | 134.55 |
| 09/01/09 | Postage by 000001 | $ | 372.43 |
| 09/01/09 | Westlaw Research by GROSSMAN,SCOTT M. | $ | 101.75 |
| 09/03/09 | Copy; 576 Page(s) by 000001 | $ | 86.40 |
| 09/03/09 | Postage by 000001 | $ | 58.56 |
| 09/14/09 | Telephone; 18607484251 from Ext. 0583  HARTFORD CT | $ | 0.04 |
| 09/15/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED FROM: 12/;   Document Type: DOCKET REPORT | $ | 2.40 |
| 09/15/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 1980-0;   Document Type: IMAGE1980-0 | $ | 0.40 |
| 09/15/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2184-0;   Document Type: IMAGE2184-0 | $ | 0.24 |
| 09/18/09 | Case Number: (None);   Search Criteria: LNAME: GOSMAN FNAME: ABRAHAM;   Document Type: SEARCH | $ | 0.08 |
| 09/18/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;   Document Type: | $ | 0.48 |

|  |  |  |  |
|---|---|---|---|
|  |  | Invoice No.: | 2508526 |
|  |  | Tax ID    : | 59-1270754 |

| Date | Description |  | Amount |
|---|---|---|---|
|  | DEADLINE/SCHEDULE |  |  |
| 09/18/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;   Document Type: DEADLINE/SCHEDULE | $ | 0.08 |
| 09/18/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2105-0;   Document Type: IMAGE2105-0 | $ | 0.16 |
| 09/18/09 | Case Number: (None);   Search Criteria: 01-30953-PGH;   Document Type: DEADLINE/SCHEDULE | $ | 0.08 |
| 09/22/09 | Case Number: (None);   Search Criteria: 01-30953-PGH FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 0.72 |
| 09/22/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2295-0;   Document Type: IMAGE2295-0 | $ | 2.00 |
| 09/22/09 | Case Number: (None);   Search Criteria: 01-30953-PGH DOCUMENT 2271-0;   Document Type: IMAGE2271-0 | $ | 0.32 |
| 09/22/09 | Copy; 598 Page(s) by 000001 | $ | 89.70 |
| 09/22/09 | Postage by 000001 | $ | 48.30 |
| 09/23/09 | Copy; 1196 Page(s) by 000001 | $ | 179.40 |
| 09/23/09 | Postage by 000001 | $ | 415.61 |
| 09/24/09 | Copy; 25768 Page(s) by 000001 | $ | 3,865.20 |
| 09/24/09 | Postage by 000001 | $ | 169.74 |
| 09/24/09 | Postage by 000001 | $ | 520.56 |
| 09/29/09 | Copy; 42 Page(s) by 007163 | $ | 6.30 |
| 09/30/09 | Case Number: (None);   Search Criteria: LNAME: BRANDON CREEK;  Document Type: SEARCH | $ | 0.08 |
| 09/30/09 | Case Number: (None);   Search Criteria: 06-15248-PGH FIL OR ENT: FILED FROM: 2/1;   Document Type: DOCKET REPORT | $ | 0.16 |
| 09/30/09 | Case Number: (None);   Search Criteria: 06-15248-PGH FIL OR ENT: FILED FROM: 1/1;   Document Type: DOCKET REPORT | $ | 0.16 |
| 09/30/09 | Case Number: (None);   Search Criteria: 06-15248-PGH FIL OR ENT: FILED FROM: 6/1;   Document Type: DOCKET REPORT | $ | 0.72 |
| 09/30/09 | Case Number: (None);   Search Criteria: 06-15248-PGH DOCUMENT 729-0;   Document Type: IMAGE729-0 | $ | 2.40 |
| 09/30/09 | Case Number: (None);   Search Criteria: LNAME: STRADA 315;  Document Type: SEARCH | $ | 0.08 |
| 09/30/09 | Case Number: (None);   Search Criteria: LNAME: MESSANA FNAME: THOMAS;   Document Type: SEARCH | $ | 0.08 |
| 09/30/09 | Case Number: (None);   Search Criteria: LNAME: MESSANA FNAME: THOMAS;   Document Type: SEARCH | $ | 0.16 |
| 09/30/09 | Case Number: (None);   Search Criteria: 06-11459-RAM TYPE: HISTORY;   Document Type: HISTORY/DOCUMENTS | $ | 0.40 |
| 09/30/09 | Case Number: (None);   Search Criteria: 06-11459-RAM TYPE: HISTORY;   Document Type: HISTORY/DOCUMENTS | $ | 0.08 |
| 09/30/09 | Case Number: (None);   Search Criteria: LNAME: MESSANA FNAME: THOMAS;   Document Type: SEARCH | $ | 0.16 |
| 09/30/09 | Case Number: (None);   Search Criteria: 08-18603-JKO FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 2.08 |
| 09/30/09 | Case Number: (None);   Search Criteria: 09-15887-RBR FIL OR ENT: FILED   DOC FRO;   Document Type: DOCKET REPORT | $ | 0.16 |
| 09/30/09 | Case Number: (None);   Search Criteria: LNAME: MESSANA FNAME: THOMAS;   Document Type: SEARCH | $ | 0.88 |
|  | Total Expenses: | $ | 14,018.92 |